### IRWIN *vs.* DEYO.

MOTION for retaxation. The declaration in this case contained *ten* counts, two for malicious prosecution, and eight in slander; four of the last were laid with a colloquium, and four without. *Forty* witnesses attended to support the plaintiff's general character, only *two* of whom were sworn on the trial. There was no proof in support of the counts for a malicious prosecution. The taxing officer allowed for all the counts in the declaration, and for the attendance of all the witnesses.

*The Court* ordered a retaxation, and directed that an allowance should be made for but *four* counts in slander, two with, and two without a colloquium, and nothing for the counts for malicious prosecution. They also directed that fees should be taxed for but *ten* witnesses attending in support of the plaintiff's general character.

Where a declaration contained ten counts, two for malicious prosecution, and eight in slander, and there was no proof in support of the two first counts, the court directed that in the taxation no allowance should be made for those counts, and that but four of the counts in slander should be taxed. So they directed that witnesses' fees should be taxed for but *ten* witnesses, where *forty* in fact attended in support of the plaintiff's general character.